UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-cv-21400

RAYMOND T. MAHLBERG,
    Plaintiff,

v.

OPENDOOR LABS INC
and Opendoor Brokerage LLC,

    Defendant.
_____

## JOINT MOTION TO APPROVE THE CONSENT DECREE

Plaintiff, Raymond Mahlberg ("Plaintiff") and Defendant, OPENDOOR LABS INC and Opendoor Brokerage LLC (collectively "Defendant") (collectively referred to as the "Parties"), respectfully and jointly request that the Court approve, and enter, the attached Consent Decree.

1. Defendant operates the following website: https://Opendoor.com/ and its mobile app (collectively, the "Website").

2. Plaintiff filed this action against Defendant onApril 1, 2020, alleging that its Website is not fully accessible to visually impaired and blind individuals in violation of Title III of the Americans with Disabilities Act of 1990 ("Title III of the ADA").

3. As a result of having engaged in settlement negotiations, the Parties have agreed to resolve this action in the terms reflected in the attached Consent Decree. *See* Exhibit A, attached hereto.

4. The Parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms with Fed. R. Civ. P. 65(d) in that it states the reasons why it is issued, provides specific terms that the parties must comply with, and describes in detail the acts restrained and required.

5. Finally, the Court's entry of the Consent Decree will resolve *all* claims asserted by Plaintiff in their entirety.

6. The Parties request that the Court administratively close this case and retain jurisdiction to enforce the terms of the Consent Decree and the Confidential Addendum. The Parties agree that each party is to bear its own attorney's fees and costs.

Dated: June 10, 2020.

| By: /s/ *Acacia Barros* | By: /s/ *Keara Roethke* |
|---|---|
| Acacia Barros, Esq. | Keara Roethke, Esq. |
| Florida Bar No. 106277 | Legal Department |
| E-mail: ab@barroslawfirm.com | Email: Keara.roethke@opendoor.com |
| ACACIA BARROS, P.A. | |
| 11120 N. Kendall Drive, Suite 201 | 1 Post Street, 11th Floor, |
| Miami, Florida 33176 | San Francisco, CA 94104 |
| Telephone: (305) 639-8381 | Telephone: 815-590-9006 |
| Facsimile: (786) 364-7327 | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

1